# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D17-3482

————————————————

THOMAS R. JAMES,

Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

————————————————

Petition for Writ of Certiorari—Original Jurisdiction.

September 18, 2018

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

WOLF, LEWIS, and ROWE, JJ., concur.

————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

————————————————

Thomas R. James, pro se, Petitioner.

Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.